IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jacobs, Press L | Case Number:  07 B 07009 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  4/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 25, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 953.77 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 902.27 |
| Trustee Fee: | | 51.50 |
| Other Funds: | | 0.00 |
| Totals: | 953.77 | 953.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 2,200.00 | 902.27 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 794.08 | 0.00 |
| 6. | Wilshire Credit Corp | Secured | 309.26 | 0.00 |
| 7. | Devon Financial Services Inc | Priority | 128.16 | 0.00 |
| 8. | CorTrust Bank | Unsecured | 358.19 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 2,643.21 | 0.00 |
| 10. | I C Systems Inc | Unsecured | 215.26 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 264.92 | 0.00 |
| 12. | Americredit Financial Ser Inc | Unsecured | 3,945.74 | 0.00 |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | First Cash Advance | Unsecured | | No Claim Filed |
| 15. | Emergency Care Physician | Unsecured | | No Claim Filed |
| 16. | Payday Loan | Unsecured | | No Claim Filed |
| 17. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | Legacy Visa | Unsecured | | No Claim Filed |
| 19. | Advance Til Payday | Unsecured | | No Claim Filed |
| 20. | TCF Bank | Unsecured | | No Claim Filed |
| 21. | Great Lakes Finance | Unsecured | | No Claim Filed |
| 22. | WOW Cable | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,858.82 | $ 902.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jacobs, Press L

Printed:  4/8/08

Case Number:  07 B 07009
Judge:  Hollis, Pamela S
Filed:  4/18/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.50 |
|  | _____ |
|  | $ 51.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

